**IN THE SUPREME COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| TRUTHMD, LLC, a Delaware limited liability company, | § § § | No. 395, 2024 |
| Defendant-Below, Appellant, | § § | |
| | § | Court Below: Court of Chancery of |
| v. | § § | the State of Delaware |
| SUNIL M. MALKANI, an individual, | § § | C.A. No. 2020-1004 |
| | § § | |
| Plaintiff Below, Appellee. | § | |

Submitted: March 26, 2025
Decided: May 15, 2025

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

**ORDER**

This 15th day of May, 2025, upon consideration of the parties' briefs and the record below, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the January 31, 2023 Memorandum Opinion; the February 27, 2024 Memorandum Opinion; and the August 19, 2024 Letter Opinion and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice